# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

Cory Blazevich

        Plaintiff,

v.

Brian Williams, et al.,

        Defendants.

Case No. 2:19-cv-00344-APG-NJK

**MINUTES OF THE COURT**

Date: 3/26/2020

PRESENT: THE HONORABLE Nancy J Koppe, U.S. MAGISTRATE JUDGE

Deputy Clerk: D Smith     Reporter: NONE APPEARING

Counsel for Plaintiff: NONE APPEARING    Counsel for Defendant: NONE APPEARING

MINUTE ORDER IN CHAMBERS:

☐ **CONFORMED COPIES:** If you wish to receive a file-stamped copy of any pleading or other paper please submit one additional copy and, if by mail, a self-addressed, postage-paid envelope. A party who is granted leave to proceed in forma pauperis need not submit a self-addressed, postage-paid envelope. See Local Rule 10-1.

☐ **CASE STATUS INQUIRIES (case in screening):** Before the court is your letter requesting status (ECF No.____). As the court clerk advised you in the "Advisory Letter" confirming receipt of your initial filings, due to the large number of inmate civil rights actions pending before the court, the court is unable to respond in writing to individual inquiries regarding the status of your case. Plaintiff is advised, however, that your case is in line for screening. Plaintiff must await the court's initial review of cases filed ahead of yours which are being addressed at present. As long as you keep the court apprised of your current address, you will receive all court decisions which might affect the status of your case.

☐ **CASE STATUS INQUIRIES:** Before the court is your letter requesting status (ECF No.____). The court will notify you when any action is taken in your case. Due to the large number of civil actions pending before the court, the court is unable to respond in writing to individual inquiries regarding the status of your case. As long as you keep the court apprised of your current address, you will receive all court decisions which might affect the status of your case. If you have not submitted a document required in your case, the court will notify you.

Rev. 02/15/18

☐ **DISCOVERY DOCUMENTS:** Unless the court orders otherwise, written discovery, including discovery requests, discovery responses, deposition notices, and deposition transcripts, must not be filed with the court. Your documents are returned herewith. See Local Rule 26-8.

☐ **LOCAL RULES:** The District of Nevada's Local Rules are available on the court's website at www.nvd.uscourts.gov, and at county law libraries and prison libraries.

☑ **LEGAL ADVICE:** Neither the court nor the clerk's office can give legal advice.

☐ **EVIDENCE SUBMITTED:** The court cannot serve as a repository for the parties' evidence. The parties may not file evidence unless the court orders otherwise. Your documents are returned herewith.

☐ **REQUESTED FORMS:** Your requested forms are enclosed.

☐ **DOCUMENTS NOT SUBMITTED IN ENGLISH:** All documents submitted for filing must be written in English. Documents submitted in a language other than English cannot be translated.

☐ **MOTIONS:** A document requesting a court order must be styled as a motion, not a letter. See Federal Rules of Civil Procedure 7. Letters to a judge will be disregarded.

☐ **SERVICE:** The court will notify you when it is time for service in your case.

☑ **OTHER**:   a pro se instruction packet is enclosed for use

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
            Deputy Clerk

Rev. 02/15/18