## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CORY BLAZEVICH,<br><br>   Plaintiff<br><br>v.<br><br>WARDEN BRIAN WILLIAMS, et al.,<br><br>   Defendants | Case No.: 2:19-cv-00344-APG-NJK<br><br>**Order Granting Motion to Stay and Motion to Extend Time to File Stipulation of Dismissal**<br><br>[ECF Nos. 21, 22] |

I ORDER that the motion to stay the case **(ECF No. 21) is GRANTED**.

I FURTHER ORDER that the motion to extend time in which to file a stipulation of dismissal **(ECF No. 22) is GRANTED**. The parties shall file a stipulation of dismissal by March 26, 2021.

DATED this 22nd day of February, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE