AARON D. FORD
  Attorney General
CHRISTOPHER M. GUY (Bar No. 15239)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3326 (phone)
(702) 486-3773 (fax)
Email: cguy@ag.nv.gov

*Attorneys for Defendants Jaymie Cabrera,
James Dzurenda, John Faulkner,
Louie Gallo, Monique Hubbard-Pickett,
Michael Minev, Brian Williams*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cory Blazevich, | Case No. 2:19-cv-00344-APG-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Brian Williams, *et al.*, | |
| Defendants. | |

It is stipulated and agreed by and between Plaintiff, Cory Blazevich, in pro per, and by Defendants, Jaymie Cabrera, James Dzurenda, John Faulkner, Louie Gallo, Monique Hubbard-Pickett, Michael Minev, Brian Williams, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Christopher M. Guy, Deputy Attorney General, that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorneys' fees and costs.

///

///

///

This stipulation is made following the January 22, 2021, Inmate Early Mediation Conference. The Parties further state that they have resolved this matter in its entirety, Plaintiff Cory Blazevich is relieved of his obligation to pay the three hundred and fifty dollar, and no cent, ($350.00) filing fee since this matter will not proceed beyond the 90-day stay period, and that the Court may accordingly close the case.

DATED: March 8th, 2021

By: _____
Cory Blazevich
*Plaintiff Pro Se*

DATED: March 9th, 2021

By: _____
Christopher M. Guy
Deputy Attorney General
*Attorney for Defendants*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED March 10, 2021.

_____
UNITED STATES DISTRICT JUDGE